FILED
October 14, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003835441

NONYE UGORJI LAW CORPORATION
NONYE UGORJI, #244811
1325 Howe Avenue, Suite 111
Sacramento, California 95825
Phone:(916) 925-1894
Fax:   (916) 925-8893

Attorney for Debtor(s)
Flora O Richards

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No.: 08-37263-C-7 |
| | MCN: NUU-1 |
| Flora O Richards | DATE:  N/A |
| | TIME:  N/A |
| | JUDGE:  KLEIN |
| Debtor(s) | COURTROOM: 35 |

### EX-PARTE MOTION TO REOPEN CHAPTER 7 PROCEEDINGS

Debtor, Flora O. Richards by and through her attorney moves this honorable court for an Order reopening Debtor's chapter 7 bankruptcy case.

This motion is made pursuant to 11 U.S.C. § 350(b), FRBR 5010, FRBR 1007(c), and Local Rules 5010-19a) and (c).

This motion is based on these moving papers, the Declaration of Debtor in support of the Ex-parte motion to Reopen Chapter 7 Case, the records and pleadings on file herein and upon other such oral and documentary evidence as may be adduced at the hearing on this motion.

Dated 10/14/2011              /s/ Nonye U. Ugorji
                              _____
                              Nonye U. Ugorji, Attorney for Debtor

1