2

**NONYE UGORJI LAW CORPORATION**
NONYE UGORJI, #244811
1325 Howe Avenue, Suite 111
Sacramento, California 95825
Phone:(916) 925-1894
Fax:   (916) 925-8893

Attorney for Debtor(s)
Flora O Richards
FILED
October 14, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003835442

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No.: 08-37263-C-7 |
| | MCN: NUU-1 |
| Flora O Richards | DATE:   N/A |
| | TIME:   N/A |
| | JUDGE:  KLEIN |
| Debtor(s) | COURTROOM: 35 |

**DECLARATION OF DEBTOR IN SUPPORT OF EX-PARTE MOTION TO REOPEN CHAPTER 7 CASE**

I, FLORA O. RICHARDS filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code on November 24, 2008. I received my discharge on April 20, 2009 and the case was consequently closed on April 24, 2009.

1. I had been negotiating a mortgage loan modification on my primary residence and have been advised by Bank of America, my mortgage lender that I am not eligible under the federal government's Home Affordable Modification Program and my home is on the verge of foreclosure.

2. I want to save my home and re-organize the arrears owed on the mortgage but I am not eligible to file a Chapter 13 Bankruptcy at this time.

3. I am informed that I can re-open my case, so as to stop the foreclosure and pursue other alternative options.

4. In addition, upon review of my bankruptcy petition, it appears certain pertinent information are missing. The Statement of Intentions is Blank and My Statement of Financial Affairs failed to disclose Insurance settlement checks paid to me through my Attorney, Robert Masuda.

5. I now seek to re-open my case in order to amend the schedules accurately and seek alternate measures to save my home through my bankruptcy.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on October 14, 2011, at Sacramento, California.

/s/ Flora O. Richards
_____
Flora O. Richards, Debtor